| | |
|---|---|
| 1 | Christopher M. McDermott (SBN 253411)<br>cmcdermott@aldridgepite.com |
| 2 | Greg P. Campbell (SBN 281732)<br>gcampbell@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP**<br>3333 Camino del Rio South, Suite 225 |
| 4 | San Diego, CA 92108<br>Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| 6 | Attorneys for Movant |
| 7 | U.S. Bank National Association, not in its<br>individual capacity but solely as trustee for Plaza<br>RTL Trust |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 23-41186-WJL |
| P2 OAKLAND CA, LLC DOING BUSINESS AS DBA EAST SF, LLC, | Chapter 11 |
| | R.S. No. CM-024 |
| Debtor. | **PROOF OF SERVICE** |

I, Stephanie M. Brown, declare that:

I am employed in the County of San Diego, California. My business address is: 3333 Camino del Rio South, Suite 225, San Diego, CA 92108. I am over the age of eighteen years and not a party to this cause.

On August 5, 2024, I caused the following documents:

- **Relief from Stay Cover Sheet;**
- **Notice of Motion for Relief from Automatic Stay;**
- **Motion for Relief from Automatic Stay;**
- **Memorandum of Points and Authorities; and**
- **Declaration Support of Motion for Relief from Automatic Stay;**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

**DEBTOR**
P2 Oakland CA, LLC doing business as dba East SF, LLC
1112 Peralta Street
Oakland, CA 94607
(Via U.S. Mail)

**RESPONSIBLE INDIVIDUAL**
1110 Peralta Street
Oakland, CA 94607
(Via U.S. Mail)

**DEBTOR'S ATTORNEY**
Kevin Tang
Tang & Associates
17011 Beach Blvd
Suite 900
Huntington Beach, CA 92647
tangkevin911@gmail.com
(Via NEF)

**U.S. TRUSTEE**
U.S. Trustee
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
USTPRegion17.OA.ECF@usdoj.gov
(Via NEF)

**20 LARGEST CREDITORS**
Bank of America
PO BOX 982238
El Paso, TX
79998-2238

City of Oakland
Planning and Building Department
250 Ogawa Plaza
Oakland, CA 94612

East Bay Municipal District
375 11th St
Mail Stop #106
Oakland, CA 94607

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Franchise Tax Board |
| 4 | Bankruptcy Section<br>MS A340 |
| 5 | PO BOX 2952<br>Sacramento, CA 95812-2952 |
| 6 | |
| 7 | Internal Service Revenue<br>P.O. Box 7346 |
| 8 | Philadelphia, PA 19101 |
| 9 | Joan Wendt<br>1112 Peralta St |
| 10 | Oakland, CA 94607 |
| 11 | |
| 12 | JPMorgan Chase NA<br>c/o Robertson, Anschutz & Schneid |
| 13 | 6409 Congress Ave<br>Ste 100 |
| 14 | Boca Raton, FL 33487 |
| 15 | PG&E |
| 16 | P.O. Box 997300<br>Sacramento, CA 95899-7300 |
| 17 | PG&E |
| 18 | P.O. Box 8329<br>Stockton, CA 95208 |
| 19 | |
| 20 | Sharon Alvey<br>1112 Peralta St |
| 21 | Oakland, CA 94607 |
| 22 | The Law Office of Vincent Wood<br>2950 Buskirk Ave #300 |
| 23 | Walnut Creek, CA 94597 |
| 24 | |
| 25 | Shellpoint Mortgage Servicing<br>P.O. Box 650840 |
| 26 | Dallas, TX<br>75265-0840 |
| 27 | |
| 28 | |

```
                    United States Trustee
                    450 Golden Gate Ave
                    5th Floor Ste #05-0153
                    San Francisco, CA 94102

              Waste Management of Alameda County
                   2625 W. Grandview Rd Ste 150
                        Phoenix, AZ 85023
```

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 5, 2024         /s/ Stephanie M. Brown
                              STEPHANIE M. BROWN