TANG & ASSOCIATES
Kevin Tang, Esq. (SBN: 291051)
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92648
Tel: (714)594-7022; Fax: (714) 594-7024

Attorney for Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In Re:<br><br>**P2 Oakland CA, LLC doing business as East SF, LLC**<br><br>Debtor-in-possession. | Case No. **23-41186**<br>Chapter 11<br><br>**DECLARATION OF BRUCE LOUGHRIDGE IN SUPPORT OF MOTION TO CONVERT CHAPTER 11 CASE TO SUBCHAPTER 5**<br><br>Hearing<br>Date: September 11, 2024<br>Time: 10:30 am<br>Place: 1300 Clay St., Courtroom 220, Oakland, CA 94612 |

**DECLARATION OF BRUCE LOUGHRIDGE**

I, Bruce Loughridge, hereby declare under the penalty of perjury as follows:

1. I am the Principal of P2 Oakland CA, LLC ("Debtor").

2. The statements set forth in the motion are true and correct to the best of my knowledge, information, and belief.

3. P2 Oakland CA, LLC dba East SF, LLC is a Nevada corporation created on February 8, 2011 and registered in California on November 12, 2012. The debtor is in the business of acquiring and developing residential real properties with construction loans. Debtor currently owns 2 real properties: (1) 1434 34th Ave, Oakland CA 94601 ("34th Street Property") and (2) 1032-1034 Peralta St., Oakland, CA 94607 ("Peralta Property").

4. The Debtor initiated this case due to Shellpoint Mortgage scheduling a foreclosure sale on September 19, 2023, for the Peralta Property, which carries a secured claim of $1,495,902.44. The Peralta Property is valued at $665,000 based on a broker price opinion provided by Kathleen Fulrmore. The Debtor is currently working on converting the duplex into two separate condos, which are anticipated to have a combined value of approximately $2 million.

5. The Debtor requires between $50,000 and $150,000 to cover the construction costs for the conversion, depending on the contractor selected. Presently, the Peralta Property does not generate rental income. The Debtor's principal has been contributing capital to cover the ongoing operating expenses of maintaining the property, as the loan with Shellpoint has fully matured.

6. I intend to undertake a capital construction project with a budget of $50,000 for materials and labor, serving as the Owner/Builder as outlined in the original loan agreement to complete the construction of the Peralta Property.

7. The Debtor expects to lease the 34th Street Property that will generate rental income of $4,000 per month.

Executed on August 16, 2024

Bruce Loughridge
Principal of Debtor